Nov. Term,
1859.

BACOT
v.
BACOT.

How could such a denial have been serious, when he had taken the pocket-book openly, and with an announcement of the purpose with which he took it? Which act is to be regarded as most expressive of intention?

But we do not propose to decide the case upon the evidence.

The defendant applied for a new trial in order that he might obtain the evidence of *Kerr*, that he (*Keely*) had gone back at his (*Kerr's*) suggestion, to take *Radcliff's* pocket-book, *Kerr* knowing that there was money in it. *Kerr* was a railroad hand, and *Keely* did not know where to send for him or his deposition for the trial had. His application brings him within the case of *Gibson* v. *The State*, 9 Ind. R. 264.

*Per Curiam.*—The judgment is reversed. Cause remanded, &c.

*H. O'Neal*, for the appellant.

*J. E. McDonald*, Attorney General, for the state.

<br>

## BACOT v. BACOT.

Friday,
March 9,
1860.

APPEAL from the *Elkhart* Circuit Court.

*Per Curiam.*—No exceptions having been taken on the the trial of this cause, the judgment must be affirmed.

The judgment is affirmed with costs.

*J. L. Ketcham* and *I. Coffin*, for the appellant.

*A. A. Hammond, J. E. McDonald*, and *A. L. Roache*, for the appellee.